**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| STEPHEN LIVELY, | |
| Plaintiff, | |
| v. | **AGREED ORDER DISMISSING WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | **CASE NO. 3:19-CV-00144-RGJ** |
| and | |
| BAE SYSTEMS LAND & ARMAMENTS L.P., | |
| Defendants. | |

Upon agreement of the parties, Defendant BAE Systems Land & Armaments L.P., Defendant Life Insurance Company of North America, and Plaintiff, Stephen Lively, by counsel, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this action is dismissed in its entirety, with prejudice, each party to be responsible for his, her, its, own costs.

This is a final and appealable order, there being no just cause for delay.

**HAVING SEEN AND AGREED:**


/s/  Rob Astorino, Jr.   (with permission)
Rob Astorino, Jr.
STEIN WHATLEY ATTORNEYS PLLC
2525 Bardstown Road
Suite 101
Louisville, Kentucky 40205
Tel:     (502) 553-4750
Fax:     (502) 459-2687
rastorino@steinwhatley.com

*Counsel for Plaintiff Stephen Lively*

/s/     Christopher E. Schaefer
Christopher E. Schaefer
Megan E. Diffenderfer
STOLL KEENON OGDEN PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202
Tel:     (502) 333-6000
Fax:     (502) 333-6099
christopher.schaefer@skofirm.com
megan.diffenderfer@skofirm.com

*Counsel for Defendant BAE Systems Land & Armaments L.P.*


/s/   David A. Calhoun   (with permission)
David A. Calhoun
Mitzi D. Wyrick
Wyatt, Tarrant & Combs, LLP
500 W. Jefferson Street, Suite 2800
Louisville, Kentucky 40202
Tel:     (502) 589-5235
Fax:     (502) 589-0309
dcalhoun@wyattfirm.com
mitziwyrick@wyattfirm.com

*Counsel for Defendant Life Insurance Company of North America*